RECEIVED
SEP 0 9 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:20-cr-87_ |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| LUIS ALFREDO MOREIRA BRAVO, | ) | T. 18 U.S.C. § 2423(a) |
| | ) | T. 18 U.S.C. § 2428 |
| Defendant. | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Transportation of Minor)

That on or about May 5, 2020 through May 6, 2020, in the Southern District of Iowa and elsewhere, the defendant, LUIS ALFREDO MOREIRA BRAVO, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2423(a).

1

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

That upon conviction for the offenses alleged in Count 1 of this Indictment, the defendant, LUIS ALFREDO MOREIRA BRAVO, shall forfeit to the United States, his interest in the following property:

a. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to an Apple iPhone 7.

This is pursuant to Title 18, United States Code, Section 2428(a), 2428(b), and 28 United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Amanda W. Searle
Assistant United States Attorney